# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| KENNETH LEE BAKER,<br>    Plaintiff,<br><br>v.<br><br>CITY OF COLUMBIA, CITY OF<br>COLUMBIA OFFICERS, BRANDON<br>CRITES, MATTHEW HIBLER, and<br>ROB SANDERS,<br>    Defendants. | No. 11-4294-CV-C-FJG |

## JUDGMENT IN A CIVIL CASE

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that

  Plaintiff's Motion to Dismiss is **GRANTED**, and plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Defendants Crites and Hibler's Cross-Claim is **DISMISSED WITHOUT PREJUDICE** to it being raised in state court. Defendant Rob Sanders' Motion for Extension of Time to File Responsive Pleadings is **DENIED AS MOOT**.


January 26, 2012          Ann Thompson
Date               Clerk of Court

                   /s/ Rhonda Enss
                   (by) Deputy Clerk